# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148482 & (25)(26)(27)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 148482
COA: 318118
Allegan CC: 12-017853-FH

TONYA LYNN RAISBECK,
        Defendant-Appellant.

_____/

        On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the October 2, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for release on bond pending appeal is DENIED. This denial is without prejudice to the defendant filing an application for delayed appeal in the Court of Appeals from the judgment of sentence, within the time limitations of MCR 7.205(F).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

d0224